**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| **EASTERN POINT TRUST COMPANY,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CASE NO.** |
| | § | |
| **FLATIRONS BANK, FBHC SOFTWARE, LLC; TIMOTHY KROCHUK, TRELLIS SOFTWARE, INC.; and JOHN DOES,** | § | |
| | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

---

## INDEX OF DOCUMENTS

---

- Exhibit A-1: a copy of the Docket Sheet from the Circuit Court of Fauquier County, Virginia, Cause No. CL25000166-00;
- Exhibit A-2: a copy of Plaintiff's Complaint;
- Exhibit A-3: the returns of service on Defendants; and
- Exhibit A-4: a list of counsel of record.